UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. MJ418-035 |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL JOHNSON | ) | |
| a/k/a "BILLMAKER" | ) | |

## ORDER

Upon the motion of the Government, and for good cause shown therein, it is hereby ORDERED:

That the above-styled Criminal Complaint, and all process issued thereunder, be and hereby is unsealed.

SO ORDERED this 29th day of May, 2018.

HONORABLE G.R. SMITH
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA