FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 JUL 16 AM 11: 27
CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR 4:18MJ35 |
| v. | ) | |
| | ) | |
| DANIEL JOHNSON | ) | |

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Georgia hereby dismisses, without prejudice, defendant **DANIEL JOHNSON**, from the criminal complaint herein, said dismissal is due to the death of the defendant.

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*s/Brian T. Rafferty*
Chief, Criminal Division
Assistant United States Attorney

Leave of court is granted for the filing of the foregoing dismissal, without prejudice, from Criminal Complain CR 4:18MJ35.

So ORDERED, this ___14th___ day of July, 2018.

HON. G. R. SMITH
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA